## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 24-11601-amc |
| Chris Cinkaj | : | Chapter 13 |
| Debtor | : | Application to Extend Time to File Schedules and Documents |

### DEBTOR'S APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES AND ALL OTHER NECESSARY DOCUMENTS

Chris Cinkaj, Chapter 13 Debtor, respectfully requests an extension of time to file his schedules and all other necessary documents and avers as follows:

1. Debtor filed a Chapter 13 Petition on May 10, 2024.

2. Due to delay caused by out of town travel, Debtor needs additional time to complete the required documents.

3. This is Debtor's first request for additional time.

WHEREFORE, Debtor requests that this court grant an additional 14 days to file required schedules and other documents.

Date: May 21, 2024

/s/ Paul A.R. Stewart
Paul A.R. Stewart, Esquire
Legal Helm LLC
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Bankruptcy No. 24-11601-amc |
|---|---|---|
| Chris Cinkaj | : | Chapter 13 |
| Debtor | : | Application to Extend Time to File Schedules and Documents |

**ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of the Debtor's Application for Extension of Time to File Schedules and Documents, the application is HEREBY GRANTED and it is ORDERED the time to file schedules and documents is extended to the _____ day of _____, 2024.

BY THE COURT:

_____
J.