**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 24-11601-amc |
| Chris Cinkaj | : | Chapter 13 |
| Debtor | : | Application to Extend Time to File Schedules and Documents |

**ORDER**

AND NOW, this __23rd__ day of _____May_____, 2024, upon consideration of the Debtor's Application for Extension of Time to File Schedules and Documents, the application is HEREBY GRANTED and it is ORDERED the time to file schedules and documents is extended to the __14th__ day of _____June_____, 2024.

BY THE COURT:

_____
J.