**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Chris Cinkaj                              CHAPTER 13

                Debtor(s)

BKY. NO. 24-11601 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of GS Mortgage-Backed Securities Trust 2020-RPL2 and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Michael Farrington*
PA Eastern BK
17 May 2024, 18:04:27, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322