**Fill in this information to identify your case:**

Debtor 1: Chris Cinkaj
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 24-11601-amc

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** Select Portfolio Servicing<br>Creditor's Name<br>PO Box 65250<br>Number Street<br><br>Salt Lake City    UT    84165-0250<br>City    State    ZIP Code | **Describe the property that secures the claim:**<br>827 Hullmeville Road<br>Langhorne, PA 19047<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 434,960.00 | $ 714,400.00 | $ _____ |
| **Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>Date debt was incurred 5/25/2005 | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br>Last 4 digits of account number  1  8  4  8 | | | |
| **2.2** _____<br>Creditor's Name<br>_____<br>Number Street<br><br>_____<br>City    State    ZIP Code | **Describe the property that secures the claim:**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ | $ _____ | $ _____ |
| **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>Date debt was incurred _____ | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br>Last 4 digits of account number ___ ___ ___ ___ | | | |

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 434,960.00

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

Debtor 1  __Chris_____ _____ __Cinkaj_____  Case number *(if known)* __24-11601-amc__
First Name    Middle Name    Last Name

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

☐ _____  **Describe the property that secures the claim:**  $_____  $_____  $_____
Creditor's Name

_____
Number    Street

_____
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
_____  ☐ Unliquidated
City    State    ZIP Code  ☐ Disputed

**Who owes the debt?** Check one.  **Nature of lien**. Check all that apply.
☐ Debtor 1 only
☐ Debtor 2 only  ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 1 and Debtor 2 only  ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another  ☐ Judgment lien from a lawsuit
  ☐ Other (including a right to offset) _____
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____  **Last 4 digits of account number** ___ ___ ___ ___

---

☐ _____  **Describe the property that secures the claim:**  $_____  $_____  $_____
Creditor's Name

_____
Number    Street

_____
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
_____  ☐ Unliquidated
City    State    ZIP Code  ☐ Disputed

**Who owes the debt?** Check one.  **Nature of lien**. Check all that apply.
☐ Debtor 1 only
☐ Debtor 2 only  ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 1 and Debtor 2 only  ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another  ☐ Judgment lien from a lawsuit
  ☐ Other (including a right to offset) _____
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____  **Last 4 digits of account number** ___ ___ ___ ___

---

☐ _____  **Describe the property that secures the claim:**  $_____  $_____  $_____
Creditor's Name

_____
Number    Street

_____
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
_____  ☐ Unliquidated
City    State    ZIP Code  ☐ Disputed

**Who owes the debt?** Check one.  **Nature of lien**. Check all that apply.
☐ Debtor 1 only
☐ Debtor 2 only  ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 1 and Debtor 2 only  ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another  ☐ Judgment lien from a lawsuit
  ☐ Other (including a right to offset) _____
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____  **Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** $_____

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $_____

Debtor 1 ___Chris___ ___Cinkaj___ _____   Case number *(if known)* __24-11601-amc_____
         First Name   Middle Name   Last Name

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ 
_____  
Name

_____  
Number     Street

_____

_____  
City              State       ZIP Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

☐ 
_____  
Name

_____  
Number     Street

_____

_____  
City              State       ZIP Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

☐ 
_____  
Name

_____  
Number     Street

_____

_____  
City              State       ZIP Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

☐ 
_____  
Name

_____  
Number     Street

_____

_____  
City              State       ZIP Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

☐ 
_____  
Name

_____  
Number     Street

_____

_____  
City              State       ZIP Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

☐ 
_____  
Name

_____  
Number     Street

_____

_____  
City              State       ZIP Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___