IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| CHRIS CINKAJ, | : CASE NO. 24-11601 AMC |
| | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : August 20, 2024 @ 10:00 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| CHRIS CINKAJ, | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 33 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S
PROPOSED CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Chapter 13 Plan on the parties at the below addresses, on August 15, 2024, by:

**24-11601-AMC Notice will be electronically mailed to:**

Jonathan Wilkes Chatham at RA-occbankruptcy7@pa.gov

Denise Elizabeth Carlon at bkgroup@kmllawgroup.com

Paul A.R. Stewart at pstewart@legalhelm.com, jurisabnelson@gmail.com

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West at ecfemails@ph13trustee.com, philaecf@gmail.com

**24-11601-AMC Notice will not be electronically mailed to:**

EXECUTED ON: August 15, 2024

                                                     Respectfully submitted by,

By:    /s/ Jonathan W. Chatham
         Deputy Chief Counsel
         PA Department of Revenue
         Office of Chief Counsel
         P.O. Box 281061
         Harrisburg, PA 17128-1061
         PA Attorney I.D.: 209683
         Phone: (717) 783-3673
         Facsimile: (717) 772-1459