UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: Chris Cinkaj, | : | Case No. 24-11601-amc |
|  | : | Chapter 13 |
|  | : |  |
|  | : | DEBTOR'S MOTION FOR |
| Debtor | : | VOLUNTARY DISMISSAL OF |
|  | : | CHAPTER 13 CASE |

DEBTOR, moves this honorable Court for an order dismissing the above titled bankruptcy case pursuant to 11 U.S.C. §1307(b) and Local Rule 1017-2(a) and avers as follows:

1. Debtor commenced this voluntary case under Chapter 13 and the case has not been converted under 11 U.S.C. §§ 706, 1112, 0r 1208;
2. Debtor has made no arrangements or agreements with any creditor or other person in connection with this motion for dismissal.
3. Debtor will seek state court remedies.
4. Due to serious and ongoing health complications, Debtor is unable to continue this matter presently.

WHEREFORE, Debtor requests this Court grant an ORDER Dismissing the case without prejudice.

September 24, 2024                              /s/Paul A R Stewart
                                                Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: Chris Cinkaj, | : | Case No. 24-11601-amc |
|  | : | Chapter 13 |
|  | : |  |
|  | : | DEBTOR'S MOTION FOR |
| Debtor | : | VOLUNTARY DISMISSAL OF |
|  | : | CHAPTER 13 CASE |

**ORDER**

AND NOW, upon review of Debtor's Motion for Voluntary Dismissal of Chapter 13 Case, it is ORDERED the case is DISMISSED without Prejudice

BY THE COURT:

_____
HONORABLE ASHLEY M CHAN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing <u>Debtor's Motion for Voluntary Dismissal of Chapter 13 Case</u> was served on September 24, 2024, by means of the Court's CM/ECF system upon the following:

**United States Trustee**
Office of the Chapter 13 Standing Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Phila Philadelphia, PA 19107

**Kenneth E, West, Esquire (Trustee)**
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

/S/ Paul A.R. Stewart, Esquire
_____
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Debtor
333 East Lancaster Avenue
Suite 140
Wynnewood, Pennsylvania 19096
(610) 864-5600
pstewart@helmlegalservices.com