UNITED STATES BANKRUPTCY COURT

FOR  THE  EASTERN  DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | Case No. 24-11601-amc |
| IN RE: Chris Cinkaj, | : | Chapter 13 |
| | : | |
| | : | DEBTOR'S  MOTION  FOR |
| Debtor | : | VOLUNTARY  DISMISSAL  OF |
| | : | CHAPTER  13  CASE |

**ORDER**

AND NOW, upon review of Debtor's Motion for Voluntary Dismissal of Chapter 13

Case, it is ORDERED the case is DISMISSED without Prejudice

BY THE COURT:

Date:   Oct. 2, 2024        _____
                            HONORABLE ASHELY M CHAN